**FILED**

JUN 1 4 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. **W11CR154** |
| | * | |
| Plaintiff, | * | <u>INDICTMENT</u> |
| | * | |
| V. | * | [VIO: 18 U.S.C. 1030(a)(5)(C) – Reckless or |
| | * | Accidental Damage to a Protected Computer |
| DAVID HOLT PALMER, | * | During Unauthorized Access] |
| | * | |
| Defendant | * | |
| | * | |

THE GRAND JURY CHARGES:

On or about January 21, 2010, in the Western District of Texas, Defendant,

**DAVID HOLT PALMER,**

intentionally accessed a protected computer without authorization and, as a result of such conduct,

caused damage, in violation of Title 18, United State Code, Sections 1030(a)(5)(C) and (c)(4)(G).

A TRUE BILL:

SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON

JOHN E. MURPHY
United States Attorney

By: *Stephanie Smith-Burris*
    STEPHANIE SMITH-BURRIS
      Assistant United States Attorney

SEALED _____
UNSEALED X

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

DATE: __06-14-2011__       MAG CT. # W11-109M       CASE NO. **W11CR154**
COUNTY: __BELL__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____ STEPHANIE SMITH-BURRIS _____

DEFENDANT: __DAVID HOLT PALMER__       DOB: _____ ███████ _____

CITIZENSHIP:       United States _X_   Mexican _____   Other _____
INTERPRETER NEEDED:   Yes _____      No __X__   Language _____

DEFENSE ATTORNEY: _____ Norman Lanford _____

DEFENDANT IS:   In Jail _____   WHERE: _____
                On Bond __YES__

PROSECUTION BY:   INFORMATION _____       INDICTMENT __X__

OFFENSE: (Code & Description) __18 U.S.C. 1030(a)(5)(C) – Reckless or Accidental Damage to a Protected
Computer During Unauthorized Access _____

OFFENSE IS:       FELONY __X__       MISDEMEANOR _____

MAXIMUM SENTENCE: Not more than 10 years custody; $250,000 fine; $100 special assessment; not more than
3 years TSR _____

PENALTY IS MANDATORY:   YES concerning:
                        Special Assessment and TSR

REMARKS: ███████████████████