IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W-11-CR-154 |
| | * | |
| Plaintiff, | * | SUPERSEDING INFORMATION |
| | * | |
| V. | * | [VIO: 18 U.S.C. 1030(a)(5)(A) & (c)(4)(B) – |
| | * | Intentional Damage to a Protected Computer] |
| DAVID HOLT PALMER, | * | |
| | * | |
| Defendant | * | |

THE UNITED STATES ATTORNEY CHARGES:

On or about January 21, 2010, in the Western District of Texas, Defendant,

**DAVID HOLT PALMER,**

knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage, without authorization, to a protected computer, and the offense caused a loss to a person or persons during a one-year period from the Defendant's course of conduct, affecting a protected computer, aggregating at least $5,000 in value, in violation of Title 18, United States code, Sections 1020(a)(5)(A) and (c)(4)(B).

JOHN E. MURPHY
United States Attorney

By:  GREGORY S. GLOFF
Assistant United States Attorney

SEALED \_\_\_\_\_
UNSALED  X

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE: 08-30-2011   MAG CT. # W11-109M   CASE NO. W-11-CR-154
COUNTY: BELL

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY       GREGORY S. GLOFF

DEFENDANT: DAVID HOLT PALMER        DOB: \_\_\_\_\_

CITIZENSHIP:      United States  X    Mexican \_\_\_\_   Other \_\_\_\_
INTERPRETER NEEDED:  Yes \_\_\_\_     No  X      Language \_\_\_\_

DEFENSE ATTORNEY:        Stanley Schwieger

DEFENDANT IS:   In Jail  NO     WHERE: \_\_\_\_
                On Bond  YES

PROSECUTION BY:   INFORMATION \_\_\_\_    INDICTMENT \_\_\_\_
                  SUPERSEDING INFORMATION  X

OFFENSE: (Code & Description)  18 U.S.C. 1030(a)(5)(A) and (c)(4)(B) – Intentional Damage to a Protected Computer

OFFENSE IS:    FELONY  X        MISDEMEANOR \_\_\_\_

MAXIMUM SENTENCE: Not more than 10 years custody; $250,000 fine; $25 special assessment; not more than 3 years TSR

PENALTY IS MANDATORY:   YES concerning:
                        Special Assessment and TSR

REMARKS: ███████████